[No. 62882-8-I.   Division One.   September 28, 2009.]

*In the Matter of the Personal Restraint of* R.D. SPEARMAN, JR., *Petitioner.*

Petition for relief from personal restraint. *Remanded with instructions* by unpublished per curiam opinion.

[No. 62895-0-I.   Division One.   September 28, 2009.]

*In the Matter of the Personal Restraint of* LEILUA PAPATAIA FESILI, *Petitioner.*

Petition for relief from personal restraint. *Remanded with instructions* by unpublished per curiam opinion.

[No. 63240-0-I.   Division One.   September 28, 2009.]

*In the Matter of the Personal Restraint of* TRUONG V. NGUYEN, *Petitioner.*

Petition for relief from personal restraint. *Remanded with instructions* by unpublished per curiam opinion.

[No. 63818-1-I.   Division One.   September 28, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN ALVIN FORD III, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 06-1-04323-7, Vicki L. Hogan, J., entered April 4, 2008. *Affirmed* by unpublished opinion per Cox, J., concurred in by Appelwick and Lau, JJ.

[No. 63824-6-I.   Division One.   September 28, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. ALBERT LEE BROWN, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Lewis County, No. 07-1-00834-3, Richard L. Brosey, J., entered April 15, 2008. *Affirmed in part* and *remanded* by unpublished opinion per Cox, J., concurred in by Dwyer, A.C.J., and Grosse, J.